IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manrico Lollie, | ) CV-12-02637-PHX-FJM |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| GC Services, LP, | ) |
| Defendant. | ) |

A notice of settlement having been filed, IT IS ORDERED that this matter will be dismissed with prejudice within 30 days of the docketing of this order unless the parties file a stipulation to dismiss prior to that date. The settlement constitutes an accord which has extinguished the underlying claim. All pending hearings and motions are deemed moot.

DATED this 24th day of June, 2013.

*Frederick J. Martone*

Frederick J. Martone
Senior United States District Judge