IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manrico Lollie, | CV-12-02637-PHX-FJM |
| Plaintiff, | **ORDER** |
| vs. | |
| GC Services, LP, | |
| Defendant. | |

Pursuant to this court's order of June 24, 2013, IT IS ORDERED dismissing this action with prejudice.

DATED this 25th day of July, 2013.

*Frederick J. Martone*
Frederick J. Martone
Senior United States District Judge